## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROLAND DAVID and AVIGDOR MOCHE, <br><br> Plaintiffs, <br><br> v. <br><br> HUMAN GENOME SCIENCES, INC., H. THOMAS WATKINS, ARGERIS N. KARABELAS, and GLAXOSMITHKLINE PLC <br><br> Defendants. | Case No. 1:12-cv-000965 SLR |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Roland David and Avigdor Moche hereby dismiss with prejudice the above-captioned action, with each party bearing their own costs and expenses. This Notice of Dismissal is proper because it is being filed prior to Defendants answering the complaint or moving for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i) (stating that the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposition party serves either an answer or a motion for summary judgment). Plaintiffs have also discussed the substance of this Notice of Dismissal with Defendants' counsel and they do not object to the relief sought herein.

Dated: August 20, 2012                        Respectfully submitted,


OF COUNSEL:                                   **COOCH AND TAYLOR, P.A.**

**BLOCK & LEVITON LLP**                       By: */s/ Blake A. Bennett*
Jason M. Leviton                              Blake A. Bennett (#5133)
Mark A. Delaney                               The Brandywine Building
Steven Harte                                  1000 West Street, 10th Floor
155 Federal Street, Suite 1303               P.O. Box 1680
Boston, Massachusetts 02110                   Wilmington, DE 19899-1680
(617) 398-5600


**POMERANTZ GROSSMAN
HUFFORD DAHLSTROM &
GROSS LLP**
Jeremy A. Lieberman
Jason S. Cowart
Gustavo F. Bruckner
Samuel J. Adams
Ofer Ganot
600 3rd Avenue, 20th Floor
New York, NY 10016
(212) 661-1100


**BRONSTEIN GEWIRTZ
& GROSSMAN LLC**
Peretz Bronstein
60 East 42nd Street
New York, NY 10165
 (212) 697-6484